No. 86–1008. IMMIGRATION AND NATURALIZATION SERVICE v. FAZELIHOKMABAD. C. A. 9th Cir. Certiorari granted, judg-

ment vacated, and case remanded for further consideration in light of *INS* v. *Abudu, ante,* p. 94.